UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ RAMIREZ, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLT MANAGEMENT CORP., et al.,<br><br>Defendants. | No. 1:22-cv-00132-DAD-BAK (SKO)<br><br>ORDER DISMISSING CLASS CLAIMS WITHOUT PREJUDICE, SUBMITTING THIS ACTION TO ARBITRATION, AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 20) |

On April 25, 2022, the parties to this wage-and-hour putative class action filed a stipulation notifying the court that they have agreed to dismiss plaintiff's class claims, without prejudice, and to submit this matter to binding arbitration to resolve plaintiff's individual claims, consistent with the Arbitration Agreement that plaintiff executed during the course of her employment with defendant Volt Management Corp. (Doc. No. 20.) A copy of that Arbitration Agreement was attached to the parties' stipulation. (*Id.* at 7.) The parties further stipulate that this matter should be stayed in its entirety pending the completion of binding individual arbitration.

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's class claims are hereby dismissed, without prejudice;

/////

1

2. This action shall be submitted to final and binding arbitration conducted pursuant to the parties' Arbitration Agreement;

3. This action shall be stayed pending arbitration, and all dates currently on calendar are vacated; and

4. The parties are required to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:   **April 29, 2022**                              /s/ Dale A. Drozd
                                                                         UNITED STATES DISTRICT JUDGE

2